**Andy D. HALL, Appellant,**

v.

**Bandford MAYS, Jailor, Owsley County, Ky., Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Anthony M. Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Arvil FARLEY, Appellant,**

v.

**COMMONWEALTH of Kentucky, DEPARTMENT OF PARKS, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

F. Preston Farmer, Hamm, Taylor, Milby & Farmer, London, for appellant.

Robert H. Penn, Dept. of Parks, Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

**MASSEY–FERGUSON, INC., Appellant,**

v.

**Owen CARDWELL, Appellee.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Aaron F. Overfelt, Bowling Green, for appellant.

Walter Chyle, Jr., Morgantown, for appellee.

Memorandum Opinion of the Court by Special Commissioner ALEXANDER G. BOOTH, Reversing.*

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,**

v.

**Lexie H. POTTER and Iva Potter, wife, et al., Appellees.**

Court of Appeals of Kentucky.

Nov. 8, 1974.

Jim D. Robinson, General Counsel, Department of Highways, Frankfort, Edmond H. Tackett, Prestonsburg, for appellant.

Ronald G. Polly, Polly & Craft, Whitesburg, for appellees.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.